IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17-CR-3117 |
| vs. | |
| ROWDEN D. SCHNEBERGER, | ORDER |
| Defendant. | |

This matter is before the Court on the government's Motion to Dismiss 21 U.S.C. § 851 Enhancement (filing 32). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the Information to Establish Prior Conviction under 21 U.S.C. § 851, without prejudice, as it relates to the above-captioned defendant.

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss 21 U.S.C. § 851 Enhancement (filing 32 ) is granted.

2. The Information to Establish Prior Conviction under 21 U.S.C. § 851 is dismissed as to defendant Rowden Schneberger.

Dated this 23rd day of February, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge